## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA KUBIAK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 2:15-cv-00716-CB |
| | : | |
| VERDE ENERGY USA, INC., | : | |
| | : | |
| Defendant. | : | |

### SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED.  It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.


Dated: November 16, 2015          */s/ Craig Thor Kimmel*
                                  CRAIG THOR KIMMEL
                                  Attorney ID # 57100
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email:kimmel@creditlaw.com
                                  *Attorney for Plaintiff*